

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00366-CV

Vonda L. **COLLIER**,
Appellant

v.

Hayward **COLLIER**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV04756
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: March 9, 2022

DISMISSED FOR WANT OF PROSECUTION

On February 1, 2022, we ordered appellant to file her brief and to show cause in writing by February 16, 2022, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b).

PER CURIAM